AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

YE. LIWEI

CASE NUMBER: 08 CV 1594

V.

ASSIGNED JUDGE: Judge Moran

MICHAEL MUKASEY, Attorney General of the United States

DESIGNATED MAGISTRATE JUDGE: Judge Brown

TO: (Name and address of Defendant)

Michael Mukasey, Attorney General of the United States
U.S. Dept. of Justice - Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick A. Metcalf
525 W. Higgins Rd., Ste 101
Hoffman Estates, IL 61069

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

[signature]

(By) DEPUTY CLERK

MAR 2 6 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 3-27-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| DANIEL J. GRECO | ASSOCIATE ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): CERTIFIED U.S. MAIL

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 2 miles @ .45¢ = .90¢ | $3.79 | $4.69 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-27-08
          Date

Signature of Server

Metcalf & Associates, P.C.
Attorneys at Law
525 W. Higgins Road, Suite 101
Hoffman Estates, IL 60169
847-882-1992

FILED
APR 02 2008 TG
4-2-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.