UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

YE, LIWEI,                                    )
                                              )
                        Plaintiff,            )
                                              )        No.  08 CV 1594
            v.                                )
                                              )
MICHAEL MUKASEY, ATTORNEY                     )        Judge Moran
GENERAL OF THE UNITED STATES, ET              )        Magistrate Judge Brown
AL.                                           )
                                              )
                        Defendants.           )


## ATTORNEY DESIGNATION

        Please take notice that the undersigned Assistant United States Attorney has been designated

in the above captioned case.  This designation is provided for informational purposes only and does

not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses.

See LR 83.16(b).


                        Respectfully submitted,

                        PATRICK J. FITZGERALD
                        United States Attorney

                        By: s/ Samuel D. Brooks
                            SAMUEL D. BROOKS
                            Assistant United States Attorney
                            219 South Dearborn Street
                            Chicago, Illinois 60604
                            (312) 353-5342
                            sam.brooks@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

Attorney Designation

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on April 8, 2008, to the following non-ECF filers:

Patrick A. Metcalf
Metcalf and Associates, PC
525 West Higgins Road
Suite 101
Hoffman Estates, IL 60169


By:    s/ Samuel D. Brooks
       SAMUEL D. BROOKS
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 353-5342
       sam.brooks@usdoj.gov