UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | |
|---|---|
| YE, Liwei –A77 644 460,<br>Plaintiff,<br><br>v.<br><br>MICHAEL MUKASEY, Attorney<br>General of the United States;<br>PATRICK FITZGERALD, U.S. Attorney<br>The U.S. Department of Justice;<br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security;<br>ROBERT L. BLACKWOOD, Chicago District<br>Office Director, U.S. Citizenship and<br>Immigration Services;<br>Dr. EMILIO T. GONZALEZ, Director,<br>U.S. Citizenship and Immigration Services<br>Defendants. | Civil Action No. 08 CV 1594 |

## PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT

Pursuant to Rule 41(a)(1) of the federal rules of Civil Procedure, Plaintiff Liwei Ye (hereinafter "Ye"), hereby dismisses all causes of action in the complaint against Respondents without prejudice.

Ye is dismissing this action as there is no longer a basis for the relief sought. This action was brought to compel adjudication of Ye's properly filed application for adjustment of status under Section 245(a) of the Immigration and Nationality Act. Since the complaint was filed, however, a decision has been made by Respondents in regard to Ye's application.

Respondents have neither filed an answer to the complaint nor a motion for summary judgment as to these claims. Therefore, dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

_____
Patrick A. Metcalf, Attorney for Plaintiff
525 W. Higgins Rd., Ste 101
Hoffman Estates, IL 61069
(847) 882-1992

## CERTIFICATE OF SERVICE

I certify that on July 3rd, 2008, one copy of Petitioner's MOTION TO DISMISS was served by certified mail to:

Michael Mukasey
Attorney General of the United States
U.S. Dept. of Justice – Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington D.C. 20044

7007 0220 0002 8291 9445

/s/ Pat

Patrick A. Metcalf
Attorney for the Petitioner
Metcalf & Associates, P.C.
525 W. Higgins Rd., Suite 101
Hoffman Estates, IL 60169

## CERTIFICATE OF SERVICE

I certify that on July 3rd, 2008, one copy of Petitioner's MOTION TO DISMISS was served by certified mail to:

Department of Homeland Security
Dr. Emilio T. Gonzalez, Director
12th & C Street SW
Washington, DC 20024

7007 0220 0002 8291 9452

Patrick A. Metcalf
Attorney for the Petitioner
Metcalf & Associates, P.C.
525 W. Higgins Rd., Suite 101
Hoffman Estates, IL 60169

## CERTIFICATE OF SERVICE

I certify that on July 3rd, 2008, one copy of Petitioner's MOTION TO DISMISS was served by certified mail to:

Department of Homeland Security
MICHAEL CHERTOFF, Secretary
12th & C Street SW
Washington, DC 20024

7007 0220 0002 8291 9469

*Pat*

Patrick A. Metcalf
Attorney for the Petitioner
Metcalf & Associates, P.C.
525 W. Higgins Rd., Suite 101
Hoffman Estates, IL 60169

## CERTIFICATE OF SERVICE

I certify that on July 3rd, 2008, one copy of Petitioner's MOTION TO DISMISS was served by certified mail to:

Robert L. Blackwood
Chicago district Office Director
U.S. Citizenship and Immigration Services
101 W. Congress Parkway
Chicago, IL 60605

7005 0390 0004 2853 5829

Patrick A. Metcalf
Attorney for the Petitioner
Metcalf & Associates, P.C.
525 W. Higgins Rd., Suite 101
Hoffman Estates, IL 60169